# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00255 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GRADY NEAL, | |
| Defendant. | |

# ORDER

**AND NOW**, this 15th day of June 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Defendant Grady Neal's Motion to Suppress Evidence Obtained from An Illegal Vehicle Stop (ECF No. 22) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge