UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL ACTION NO. 4:17-CV-255-1 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| GRADY NEAL, | ) | |
| Defendant | ) | |

<u>ORDER</u>

In accordance with the accompanying Memorandum, it is ORDERED that:

(1)    Defendant Grady Neal's Motion to Revoke Detention Order (Doc. 108) is DENIED without prejudice.

Date: April 16, 2020

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge